# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| In re: Brian Z. S. Herzig, | ) Chapter 7 |
| Debtor | ) Case No.: 14-33725-jal |
| | ) Judge Joan A. Lloyd |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW M. SIMON

Pursuant to Rule 83.2 of the Joint Local Rules of Civil Practice for the Eastern and Western Districts of Kentucky (the "Local Rules"), creditor Robert Blevins, through the undersigned counsel, respectfully moves this Court (the "Motion") for an order admitting *pro hac vice* Andrew M. Simon of the firm of Squire Patton Boggs (US) LLP, 221 E. Fourth St., Suite 2900, Cincinnati, Ohio 45202, as counsel in the above-captioned case.  Mr. Simon is a member in good standing of the Ohio Bar and is admitted to practice before the courts for the State of Ohio, the United States District Court for the Southern District of Ohio and the United States Bankruptcy Court for the Southern District of Ohio.  Attached at Exhibit A is the Affidavit of Andrew M. Simon in support of this Motion.  A filing fee of $65.00 will be submitted to the Clerk's office for the District Court following this Court's entry of an Order approving the Motion, along with a copy of such Order.  A proposed Order is attached hereto at Exhibit B.

Dated: October 30, 2014						Respectfully submitted,

							*/s/ Andrew M. Simon*
							Andrew M. Simon (Ohio Bar No. 0084258)
							andrew.simon@squirepb.com
							Squire Patton Boggs (US) LLP
							221 E. Fourth St., Suite 2900
							Cincinnati, Ohio  45202
							Telephone: (513) 361-1200
							Facsimile: (513) 361-1201

							*Counsel for Robert Blevins*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2014 all counsel of record who have consented to electronic service are being serviced with a copy of this document via the Court's CM/ECF system pursuant to Local Rule 5.4. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                                */s/ Andrew M. Simon*
                                                Andrew M. Simon

                                                *Counsel for Robert Blevins*

## **Exhibit A**

**(Follows)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: Brian Z. S. Herzig | : | Chapter 7 |
| | : | |
| Debtor, | : | Case No. 14-33725-jal |
| | : | |
| | : | |
| | : | **AFFIDAVIT OF ANDREW M. SIMON IN** |
| | : | **SUPPORT OF MOTION FOR** |
| | : | **ADMISSION OF ANDREW M. SIMON,** |
| | : | ***PRO HAC VICE*** |
| | : | |

STATE OF OHIO              )
                           ) ss:
COUNTY OF HAMILTON  )

Now comes Andrew M. Simon, and having been duly sworn, hereby deposes and avers as follows:

1.   My name is Andrew M. Simon. I am an attorney-at-law and I submit this Affidavit in support of the Motion for my admission *pro hac vice* in the above-captioned action. My business address is Andrew M. Simon, Squire Patton Boggs (US) LLP, 221 E. Fourth St., Suite 2900, Cincinnati, Ohio 45202, Telephone 513-361-1200, Facsimile 513-361-1201.

2.   I am a member in good standing of the Bars of the State of Ohio, the United States District Court for the Southern District of Ohio, and the United States Bankruptcy Court for the Southern District of Ohio.

3.   I have obtained a copy of and familiarized myself with the Joint Local Rules of Civil Practice for the United States District Court for the Western District of Kentucky. Pursuant to the written consent attached hereto, I agree to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Andrew M. Simon

Sworn to before me and signed before me, a Notary Public in and for said county and state, by Andrew M. Simon, this 30th day of October, 2014.

_____
Notary Public

Kimberly K. Smiddy
Notary Public, State of Ohio
My Commission Expires 05-27-2019

2

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: Brian Z. S. Herzig | : | Chapter 7 |
| | : | |
| Debtor, | : | Case No. 14-33725-jal |
| | : | |
| | : | |
| | : | **CONSENT TO JURISDICTION AND** |
| | : | **RULES OF THE KENTUCKY SUPREME** |
| | : | **COURT GOVERNING PROFESSIONAL** |
| | : | **CONDUCT** |
| | : | |

Pursuant to Local Rule 83.2, in support of his Motion for Admission *pro hac vice*, Andrew M. Simon hereby agrees and consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

                      Respectfully submitted,

                      */s/ Andrew M. Simon*
                      Andrew M. Simon (Ohio Bar No. 0084258)
                      andrew.simon@squirepb.com
                      Squire Patton Boggs (US) LLP
                      221 E. Fourth St., Suite 2900
                      Cincinnati, Ohio 45202
                      Telephone:  (513) 361-1200
                      Facsimile: (513) 361-1201

                      *Pro Hac Vice Applicant*

**Exhibit B**

**(Follows)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: Brian Z. S. Herzig | : | Chapter 7 |
| | : | |
| Debtor, | : | Case No. 14-33725-jal |
| | : | |
| | : | |
| | : | **ORDER GRANTING *PRO HAC VICE*** |
| | : | **ADMISSION OF ANDREW M. SIMON** |
| | : | |

    This matter is before the court on the Motion of Andrew M. Simon for admission to practice *pro hac vice* in the above-captioned matter. The Court having reviewed the Motion and finding it in compliance with Local Rule 83.2, it is therefore ORDERED that the Motion is granted and that Andrew M. Simon is admitted *pro hac vice* as counsel for Robert Blevins in the above-captioned matter.

_____
Judge Joan A. Lloyd